Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
United Fabrics International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKIVA INTERNATIONAL, INC.; et al., <br><br> Defendants. | Case No.: CV13-4795 PJW <br> *Assigned to Honorable Patrick J. Walsh* <br><br> **[PROPOSED]** **ORDER ON STIPULATED DISMISSAL OF ACTION** |

1

1 ~~[PROPOSED]~~ ORDER:

2    FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A. This action is dismissed with prejudice;

B. The parties to this action will not seek costs or attorneys' fees from one another; and

C. This order resolves this action in its entirety.

SO ORDERED.

Date: December 2, 2013        By: _____*Patrick J. Walsh*_____
                              HONORABLE PATRICK J. WALSH