# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., | Case No.: CV13-4795 PJW<br>*Assigned to Honorable Patrick J. Walsh* |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SKIVA INTERNATIONAL, INC.; et al., | |
| Defendants. | |

Based upon the order entered in this case, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.

DATED: <u>December 2, 2013</u>

By: _____

HONORABLE PATRICK J. WALSH

1